# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Arthur Mendoza Felix,

    Plaintiff(s),

v.

Experian, et al.,

    Defendant(s).

Case No. 2:24-cv-01886-GMN-NJK

**Order**

[Docket No. 15]

Pending before the Court is Defendant Experian's motion to extend the deadline to respond to the amended complaint by a month. Docket No. 15. The motion references a need to analyze the issues and a desire to discuss settlement. *See id.* at 2. It is unclear whether Plaintiff will oppose the motion or the timing of Experian's attempts to discuss the issue with Plaintiff. Given the circumstances, the Court will provide a ten-day extension. Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. The deadline for Experian to respond to the complaint is reset to December 5, 2025.

    IT IS SO ORDERED.

    Dated: November 26, 2025

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge