**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Arthur Medoza Felix,

    Plaintiff(s),

v.

Experian, et al.,

    Defendant(s).

Case No. 2:24-cv-01886-GMN-NJK

**Order**

[Docket No. 38]

Pending before the Court is a joint motion for relief from the dispositive motion deadline. Docket No. 38. The Court does not require a response. The Court may modify the scheduling order upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). In this case, the movants filed a motion for judgment on the pleadings, which remains pending. *See* Docket No. 24; *see also* Docket No. 29 (joinder). For good cause shown, the Court **GRANTS** the joint motion for relief from the dispositive motion deadline. The Court **VACATES** the dispositive motion deadline. In the event the order resolving the motion for judgment on the pleadings does not result in dismissal of these defendants, any further dispositive motions must be filed within 21 days of the issuance of that order.

IT IS SO ORDERED.

Dated: June 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1