SEYFARTH SHAW LLP
JENNIFER R. BROOKS, ESQ.
State Bar No. 14480
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone:  (469) 608-6730

CLARK HILL, PLLC
GIA N. MARINA, ESQ
Nevada Bar No. 15276
gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300

*Attorneys for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARTHUR MENDOZA FELIX,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN, EQUIFAX INFORMATION SERVICE, LLC, TRANSUNION LLC,<br><br>Defendants. | Case No. 2:24-cv-01886-GMN-NJK<br><br>**JOINT MOTION BY DEFENDANTS EXPERIAN AND EQUIFAX'S MOTION TO VACATE THE PRETRIAL DEADLINES OR, IN THE ALTERNATIVE, FOR CLARIFICATION ON REMAINING DEADLINES**<br><br>**(First Request)** |

Defendants Experian Information Solutions, Inc. ("Experian") and Equifax Information Services LLC ("Equifax) (collectively "Defendants") file this Motion to Vacate the Pretrial Deadlines or, in the Alternative, for Clarification on Remaining Deadlines and respectfully requests that the Court vacate the remaining in the Scheduling Order (ECF No. 23), showing the Court as follows:

326642677v.1

1. On April 7, 2025, Plaintiff Arthur Mendoza Felix ("Plaintiff") filed a Complaint against Defendants. ECF No. 6. Plaintiff filed his Amended Complaint on April 28, 2025. ECF No. 7.

2. Equifax answered Plaintiff's Amended Complaint on December 4, 2025 and Experian answered Plaintiff's Amended Complaint on December 5, 2025. ECF Nos. 18, 20.

3. On February 5, 2026, the Court entered its Case Management and Scheduling Order. ECF No. 23.

4. Experian filed a Motion for Judgment on the Pleadings (the "MJOP") on March 26, 2025 and Equifax filed a Joinder to the MJOP on April 8, 2026. ECF Nos. 24, 29.

5. On May 15, 2026, Experian filed a Motion to Stay the case pending a ruling on the MJOP, which was denied on the same day. ECF Nos. 36, 37.

6. The discovery period in this case closed on May 24, 2026. ECF No. 23.

7. Defendants filed a Joint Motion to Stay Dispositive Motion Deadline pending a ruling on the MJOP on June 12, 2025. ECF No. 38.

8. On June 15, 2026, the Court granted that Motion to Stay and vacated the dispositive motion deadline pending a ruling on the MJOP. ECF No. 39.

9. Accordingly, Defendants seek to vacate the joint proposed pretrial order deadline pending the MJOP for the same reasons set forth in the Motion to Stay (ECF No. 38). This extension is not requested for delay but rather so that justice can be done.

10. This is the first request to extend the pretrial deadlines.

11. On June 22, 2026, counsel for Equifax attempted to confer with about the requested relief via email, however, Plaintiff did not respond.

///

///

///

///

///

///

326642677v.1

12.     In the alternative, Defendants seek clarification from the Court regarding the remaining scheduling deadlines on the docket for as the dispositive motions deadline has been vacated pending the MJOP in light of ECF No. 39.

**IT IS SO ORDERED.**

DATED:  _____, ____

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Jennifer R. Brooks*
_____
Jennifer R. Brooks, Bar No. 14480
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Telephone:  (469) 608-6730

Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
CLARK HILL, PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300

*Counsel for Defendant*
*Equifax Information Services LLC*

O'HAGAN MEYER PLLC


By: */s/* Inku Nam
_____
Inku Nam, Nevada Bar No. 12050
inam@ohaganmeyer.com
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada  89101
Telephone:  (725) 286-2801

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

CLARK HILL, PLLC
Attorneys at Law
Las Vegas

3

326642677v.1

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule IA 1-3(f), on June 18, 2026, counsel for Equifax attempted to confer with Plaintiff regarding this Motion by requesting discussions via email. As of the date of this filing, Plaintiff has not provided any response.

<em>/s/ Jennifer R. Brooks</em><br>
Jennifer R. Brooks, Esq.<br>
Gia N. Marina, Esq.<br>
<em>Counsel for Defendant</em><br>
<em>Equifax Information Services LLC</em>

CLARK HILL, PLLC
Attorneys at Law
Las Vegas

4

326642677v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I presented the foregoing JOINT MOTION BY DEFENDANTS EXPERIAN AND EQUIFAX'S MOTION TO EXTEND DISCOVERY PERIOD AND PRETRIAL DEADLINES OR, IN THE ALTERNATIVE, FOR CLARIFICATION ON REMAINING DEADLINES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Arthur Mendoza Felix
> 1423 Linn Lane.
> Las Vegas, NV 89110
> *Pro se Plaintiff*

 */s/ Jennifer R. Brooks*
Jennifer R. Brooks
Gia N. Marina
*Counsel for Defendant*
*Equifax Information Services LLC*

CLARK HILL, PLLC
Attorneys at Law
Las Vegas

326642677v.1