**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARTHUR MENDOZA FELIX,

    Plaintiff,

v.

EXPERIAN, et al.,

    Defendants.

Case No. 2:24-cv-01886-GMN-NJK

**Order**

[Docket No. 40]

Pending before the Court is Defendants' joint motion for relief from the pretrial order deadlines or, in the alternative, for clarification on remaining deadlines. Docket No. 40. The Court does not require a response.

For good cause shown, the Court **GRANTS** the joint motion for relief from the pretrial order deadline. Docket No. 40. The Court **VACATES** the pretrial order deadline. In the event the order resolving the motion for judgment on the pleadings does not result in dismissal of these defendants, any further dispositive motions must be filed within 21 days of the issuance of that order, and the joint pretrial order must be filed within 30 days of the resolution of any further dispositive motions.

IT IS SO ORDERED.

Dated: June 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1