**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Arthur M. Felix,

Plaintiff(s),

v.

Experian, et al.,

Defendant(s).

Case No. 2:24-cv-01886-GMN-NJK

**ORDER**

[Docket Nos. 42, 45]

Pending before the Court is Trans Union's motion to set aside and for leave to file a response to the amended complaint. Docket No. 45. No response has been filed to the motion and the deadline has expired. Accordingly, the Court **GRANTS** as unopposed Trans Union's motion. Local Rule 7-2(d). The Court also **DENIES** as moot the motion for entry of default. Docket No. 42.

IT IS SO ORDERED.

Dated: September 15, 2026

Nancy J. Koppe
United States Magistrate Judge